# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE AGUILAR,
           Appellant,

vs.

BRIAN WILLIAMS, WARDEN,
           Respondent.

No. 82836

**FILED**

SEP 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing a petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Erika D. Ballou, Judge.

Appellant has filed a pro se motion to voluntarily dismiss his appeal of a writ of mandamus. In his notice of appeal, appellant explains that the district court treated his petition for a writ of mandamus as a petition for a writ of habeas corpus and denied it. Under these circumstances, appellant's motion to dismiss his writ of mandamus is treated as a motion to dismiss this appeal from the order dismissing appellant's petition for a writ of habeas corpus. The motion is granted and this appeal is dismissed.

It is so ORDERED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-26240

cc: Hon. Erika D. Ballou, District Judge
Jose Aguilar
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A